# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

David Graff, Individually and On Behalf
of All Others Similarly Situated

        Plaintiff(s)

vs.

Prime Retail, Inc., William H. Carpenter,
Abraham Rosenthal, Michael W. Reshke
and Robert P. Mulreaney

        Defendant(s)

Civil Action No.: JFM 00-3080

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __John B. Isbister__ Esquire a member of the Bar of this court, moves the admission of __Eric H. Karp__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Massachusetts__

and/or the following United States Court(s): __U.S.D.C. District of Massachusetts, U.S. Court of Appeals for the First Circuit, U.S. Supreme Court__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Not applicable__

---

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

__James J. O'Neil, III__ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

Signature John B. Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Address   Baltimore, MD 21202

PROPOSED ADMITTEE:

Signature Eric H. Karp
Witmer, Karp, Warner & Thuotte LLP
28 State Street
Address Boston, MA 02109

410-752-9700
Office phone number

617-248-0550
Office phone number

410- 727-5460
Fax number

617-248-0607
Fax number

____FILED  ____ENTERED
____LODGED  ____RECEIVED

DEC 1 2 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Md. U. S. District Court Number

**ORDER**

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Dec 12 2000
Dated

_____
Judge, U. S. District Court

## CERTIFICATE OF SERVICE

I certify on this __8th__ day of December, 2000, a copy of the foregoing Motion for Admission Pro Hac Vice was mailed, by first-class mail, postage prepaid to:

>Eric H. Karp, Esquire
>Witmer, Karp, Warner & Thuotte, LLP
>28 State Street
>Boston, Massachusetts 02109
>
>Steven G. Schulman, Esquire
>Samuel H. Rudman, Esquire
>Andrei V. Rado, Esquire
>Milberg, Weiss, Bershad, Hynes & Lerach, LLP
>One Pennsylvania Plaza, 49th Floor
>New York, New York 10119-0165
>
>Prime Retail, Inc.
>100 East Pratt Street, 19th Floor
>Baltimore, Maryland 21202

_____
James J. O'Neill III

#232203