# ѴNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
**J. FREDERICK MOTZ**
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 19, 2001

Memo To Counsel Re: David Graff v. Prime Retail, Inc.
Civil No. JFM-00-3080

Dear Counsel:

This will confirm the schedule set during the conference held on March 16, 2001.

| | |
|---|---|
| May 18, 2001 | Deadline for plaintiffs to file amended consolidated complaint |
| June 18, 2001 | Deadline for defendants to file motion to dismiss |
| July 18, 2001 | Deadline for plaintiffs to file opposition |
| August 18, 2001 | Deadline for defendants to file reply |
| October 12, 2001 9:30 a.m. | Motions hearing |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

