THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND.

David Graff, et al.

           Plaintiff(s)

        vs.

Prime Retail, Inc., William H. Carpenter, Abraham Rosenthal, Michael W. Reshke, Robert P. Mulreaney **Defendant(s)**

Civil Action No.: 00-CV-3080, 00-CV-3629, 00-CV-3305, 00-CV-3571, 00-CV-3253, 00-CV-3212, 00-CV-3179

_____FILED  _____ENTERED
_____LODGED  _____RECEIVED

MAR 1 9 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __David Clarke__ Esquire a member of the Bar of this court, moves the admission of __Laurie Smilan__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __defendants__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _California, New York, Virginia_

and/or the following United States Court(s): __Southern District of New York, Eastern District of New York, Northern District of California, Southern District of California, Eastern District of California, Central District of California, 9th Circuit, Western District of Virginia, Eastern District of Virginia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __1__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

_____

_____

_____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

254809
10 9496

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____David Clarke_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:                                    PROPOSED ADMITTEE:

_David Clarke, Jr (vmp)_                   _Laurie B. Fowler_
Signature                                  Signature

1200 19th Street, N.W.                     7927 Jones Branch Drive, Suite 400
Address                                    Address

Washington, D.C. 20036-2430               McLean, Virginia 22101

(202) 861-3900                            (703) 734-3100
Office phone number                        Office phone number

(202) 233-2085                            (703) 734-3196

Fax number                                 Fax number

#02177

Md. U. S. District Court Number

## O R D E R

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_March 19, 2001_                          _____
Dated                                      Judge, U. S. District Court