THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| David Graff, et al. | |
| Plaintiff(s) | Civil Action No.: 00-CV-3080, 00-CV-3629, 00-CV-3305, 00-CV-3571, 00-CV-3253, 00-CV-3212, 00-CV-3179 |
| vs. | |
| Prime Retail, Inc., William H. Carpenter, Abraham Rosenthal, Michael W. Reshke, and Robert P. Mulreaney Defendant(s) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __David Clarke__ Esquire a member of the Bar of this court, moves the admission of __C. Paul Chalmers__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __defendants__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __California, Georgia, Virginia__

and/or the following United States Court(s): __Northern District of California, Northern District of Georgia, 9th Circuit, Eastern District of Virginia, Western District of Virginia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __1__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/1/98

