ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752 9700
FAX 410/727-5460

1150 CONNECTICUT AVENUE NW
WASHINGTON DC 20036
202/296-1642
FAX 202/828-4130

JOHN B. ISBISTER
410/752-9714
jisbister@tydingslaw.com

May 18, 2001

*Via Telecopy*
410-962-2698

The Honorable J Frederick Motz
United States District Court
   for the District of Maryland
Room 510
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *Graff, et al. v. Prime Retail, Inc., et al.*, Case No. JFM 00 CV 3080

Dear Judge Motz

The Court's letter of March 19, 2001, established a schedule that requires plaintiffs to file their consolidated amended complaint today. Plaintiffs have asked, and defense counsel have agreed that plaintiffs may file their complaint on Monday, May 21, 2001. We hope that this extension meets with the Court's approval.

If you have any questions, please feel to call me.

                      Sincerely,

                      John B. Isbister

JBI:djw

cc:    David Clarke, Jr., Esquire (via telecopy 202-223-2085)
        John Henry Lewin, Jr., Esquire (via telecopy 410-244-7742)
        Donald A. Rea, Esquire (via telecopy 410-576-4246)
        Andrew Graham, Esquire (via telecopy 410-539-1269)
        Matthew M. Neumeier, Esquire (via telecopy 312-527-0484)
        Mary Cauldins, Esquire (via telecopy 212-868-1229)

#254251

Approved
5/21/7