IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID GRAFF, et al.                            *
                                               *
            Plaintiff(s)                       *
     vs.                                       *   Civil Action No. JFM-00-3080
                                               *
PRIME RETAIL, et al.                           *
                                               *
            Defendant(s)                       *
*************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __John B. Isbister__ Esquire a member of the Bar of this court, moves the admission of __Mary Lynne Calkins__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __New York and California__

and /or the following United States Court(s): __Southern District of New York and Eastern District of New York.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/99 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK U.S. DISTRICT COURT

Revised 6/98

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned or __John B. Isbister__ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Signature John B. Isbister | Signature |
| Tydings & Rosenberg LLP | Milberg Weiss Bershad Hynes & Lerach |
| Address | Address |
| 100 East Pratt Street, 26th Floor | |
| Baltimore, MD 21202 | One Pennsylvania Plaza, New York 10119 |
| | (212) 594-5300 |
| 410-752-9700 | |
| Office phone number | Office phone number |
| 410-752-0029 | (212) 868-1229 |
| Fax number | Fax number |
| 00639 | |
| Md. U.S. District Court Number | |

ORDER

Motion __✓__ GRANTED

Motion ____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion ____ DENIED

Dated _May 22, 2001_     Judge, U.S. District Court