F(  IE DISTRICT OF MARYLAND

DAVID GRAFF, et al.

        Plaintiff(s)

vs.

PRIME RETAIL, et al.

        Defendant(s)

Civil Action No. JFM-00-3080

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, **Mark D. Schneider** Esquire a member of the Bar of this court, moves the admission of **Matthew M. Neumeier** Esquire to appear pro hac vice in the captioned proceeding as counsel for **defendant Michael W. Reshke**

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of **Illinois, Michigan, New York**

and/or the following United States Court(s): **U.S. Supreme Court, Seventh Circuit, Federal Circuit, U.S. Dist. Ct., N.D. Illinois, U.S. Dist. Ct., E.D. Michigan**

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court **0** time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S DISTRICT COURT

Revised 6/95

MAY-14-2001  10:20                                99%                              P.02

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ Ned Schuck | /s/ Matthew Neumeier |
| Signature | Signature |
| Jenner & Block, LLC | Jenner & Block |
| Address  601 13th Street, N.W. | One IBM Plaza |
| Washington, D.C. 20005 | Address |
| | Chicago, IL 60611 |
| (202) 639-6005 | (312) 222-9350 |
| Office phone number | Office phone number |
| (202) 639-6066 | (312) 840-7749 |
| Fax number | Fax number |
| 13650 | |
| Md. U.S. District Court Number | |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____          _____
Dated                                                    Judge, U.S. District Court