

**PIPER MARBURY RUDNICK & WOLFE LLP**

1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
www.piperrudnick.com

PHONE (202) 861-3900
FAX   (202) 223-2085

DAVID CLARKE, JR.

david.clarke@piperrudnick.com
PHONE (202) 831-6300
FAX   (202) 223-2085

June 14, 2001

**BY FACSIMILE**

The Honorable J. Frederick Motz
United States District Court
  for the District of Maryland
Room 510
101 West Lombard Street
Baltimore, Maryland 21201

    Re: *Graff, et al. v. Prime Retail, Inc., et al.*,
        Case No. 00-CV-3080 (JFM)

Dear Judge Motz:

    The Court's Order of March 19, 2001 established a briefing schedule that required the plaintiffs to file their Consolidated Amended Complaint (the "Amended Complaint") by May 18, 2001 and the defendants to file their motion to dismiss the Amended Complaint no later than June 18, 2001. On May 21, 2001, the Court granted the plaintiffs two additional days to file the Amended Complaint.

    The defendants have asked the plaintiffs for additional time to complete their motion to dismiss. The plaintiffs have consented to the defendants' request. Subject to the Court's approval, the parties have agreed to a revised briefing schedule. The proposed, revised schedule is as follows:

| | |
|---|---|
| June 29, 2001 | The defendants serve their motion to dismiss |
| August 3, 2001 | The plaintiffs serve their opposition |
| September 7, 2001 | The defendants serve their reply |

CHICAGO | WASHINGTON | BALTIMORE | NEW YORK | PHILADELPHIA | TAMPA | DALLAS | RESTON | LOS ANGELES



**PIPER
MARBURY
RUDNICK
& WOLFE LLP**

The Honorable J. Frederick Motz
June 14, 2001
Page 2

      The Court's Order set a motions hearing for October 12, 2001 at 9:30 a.m. The parties do not believe that the revised schedule would require that date to be reset.

      Accordingly, the parties respectfully request that the Court approve the revised schedule.

Respectfully,

*David Clarke, Jr.*

David Clarke, Jr.

cc: John B. Isbister, Esq. (via facsimile)
    Laurie B. Smilan, Esq. (via facsimile)
    C. Paul Chalmers, Esq. (via facsimile)
    John Henry Lewin, Jr., Esq. (via facsimile)
    Donald A. Rea, Esq. (via facsimile)
    Andrew Jay Graham, Esq. (via facsimile)
    Matthew M. Neumeier, Esq. (via facsimile)
    Mary L. Calkins, Esq. (via facsimile)