TYDINGS & ROSENBERG LLP

100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202
410/752-9700
FAX 410/722-5460

1150 CONNECTICUT AVENUE NW
WASHINGTON DC 20036
202/296-1642
FAX 202/828-4130

JOHN B. ISBISTER
410/752-9714
jisbister@tydingslaw.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 JUL 27 A 10:55
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

July 26, 2001

*Via Hand-Delivery*

The Honorable J. Frederick Motz
United States District Court
  for the District of Maryland
Room 510
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Graff, et al. v. Prime Retail, Inc., et al.*, Case No. JFM 00 CV 3080

Dear Judge Motz:

    The Court's Order of March 19, 2001, established a briefing schedule for defendants' motion to dismiss the Consolidate Amended Complaint. David Clarke's letter of June 14, 2001, advised the Court that defendants requested, and plaintiffs had agreed to, a revised briefing schedule. The Court approved the revised schedule with a June 13, 2001, notation.

    Plaintiffs have now asked defendants for an additional week to complete their opposition to the motion to dismiss. Defendants have consented to plaintiffs' request. Subject to the Court's approval, the parties have agreed to a second revised briefing schedule. That proposed revised schedule is as follows:

    August 10, 2001    Plaintiffs serve their opposition to the motion to dismiss

    September 14, 2001    Defendants serve their reply

    The parties do not believe that this revised schedule will require a revision of the date for the October 12, 2001, motions hearing.

ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

The Honorable J. Frederick Motz
July 26, 2001
Page 2

      Accordingly, the parties respectfully request that the Court approve this revised schedule.

                                     Sincerely,

                                     John B. Isbister

JBI:djw

cc:    David Clarke, Jr., Esquire (via regular mail)
       John Henry Lewin, Jr., Esquire (via regular mail)
       Donald A. Rea, Esquire (via regular mail)
       Andrew Graham, Esquire (via regular mail)
       Matthew M. Neumeier, Esquire (via regular mail)
       Mary Caulkins, Esquire (via telecopy 212-868-1229)
       C. Paul Chalmers, Esquire (via telecopy 703-734-3199)

#263254