JFM 00-3080

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID GRAFF | ) | |
| | ) | |
| Lead Plaintiff | ) | |
| | ) | Civil No. JFM-00-3080 |
| v. | ) | |
| | ) | |
| PRIME RETAIL, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

MICROFILMED
8

\*\*\*\*\*

| | | |
|---|---|---|
| CARL GOLDMAN | ) | |
| | ) | |
| v. | ) | Civil No. JFM-00-3179 |
| | ) | |
| PRIME RETAIL, INC., et al., | ) | |

\*\*\*\*\*

| | | |
|---|---|---|
| JERRY TOWBIN | ) | |
| | ) | |
| v. | ) | Civil No. JFM-00-3212 |
| | ) | |
| PRIME RETAIL, INC., et al., | ) | |

\*\*\*\*\*

| | | |
|---|---|---|
| IRWIN BERLIN | ) | |
| | ) | |
| v. | ) | Civil No. JFM-00-3253 |
| | ) | |
| PRIME RETAIL, INC., et al., | ) | |

\*\*\*\*\*

| | | |
|---|---|---|
| THEODORE ROLE | ) | |
| | ) | |
| v. | ) | Civil No. JFM-00-3305 |
| | ) | |
| PRIME RETAIL, INC., et al., | ) | |

\*\*\*\*\*

| | | |
|---|---|---|
| LOUIS CAROLA | ) | |
| | ) | |
| v. | ) | Civil No. JFM-00-3571 |
| | ) | |
| PRIME RETAIL, INC., et al., | ) | |

\*\*\*\*\*

| | | |
|---|---|---|
| ROBERT CORWIN | ) | |
| | ) | |
| v. | ) | Civil No. JFM-00-3629 |
| | ) | |
| PRIME RETAIL, INC., et al., | ) | |

\*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this 7th day of November

2001, ORDERED that:

1. Defendants' Motion to Strike Paragraph 44 of Plaintiffs' Consolidated Amended

Complaint is denied;

2. Defendants' Motion to Dismiss for failure to state a claim is granted;

3. This action is dismissed.

_____
J. Frederick Motz
United States District Judge